IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **PATRICK ANDRE TUMER,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:23-cv-01145-O-BP |
| **MIDFIRST BANK,** **MIDLAND MORTGAGE,** | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED without prejudice**.

**SO ORDERED** this 22nd day of April, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE